UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO RODRIGUES, | ) NO. EDCV 10-629-R (MAN) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| J.L. NORWOOD, et al., | ) |
| Defendants. | ) |

Pursuant to the Court's Dismiss Action without Prejudice,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Local Rule 41-6.

DATED: March 23, 2011.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE